IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01152-PAB-MEH

SHEHRAZAD JOUDEH,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,
a corporation residing in Indiana and conducting business in Colorado,
FRONTIER AIRLINES HOLDINGS, INC.,
a corporation residing in Indiana and conducting business in Colorado,
REPUBLIC AIRWAY HOLDINGS, INC.,
a successor corporation to Frontier Airlines, Inc., and Frontier Holdings, Inc., residing in Indiana, and
REPUBLIC AIRLINES, INC.,
a successor corporation to Frontier Airlines, Inc., and Frontier Holdings, Inc., residing in Indiana,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court upon plaintiff's Motion to Dismiss With Prejudice [Docket No. 4]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss With Prejudice [Docket No. 4] is GRANTED. It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice.

DATED June 29, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge